IN THE MATTER OF THE ESTATE OF:
HARRIET W. HINTON.

June 15, 1976.  Petition for certification denied.

DOUGLAS H. HARDY v. GERALDINE J. HARDY.

June 15, 1976.  Petition for certification denied.

DOUGLAS H. HARDY v. GERALDINE J. HARDY.

June 15, 1976.  Cross-petition for certification denied.

CECILIA MAGDZIAK v. A.R.A. SERVICES, INC.

June 15, 1976.  Petition for certification denied.

JOHN W. WEIDOWKE v. THE COUNTY OR BERGEN.

June 15, 1976.  Petition for certification denied.

TEAMSTERS LOCAL UNION NO. 560 v.
WILSON FREIGHT COMPANY.

June 15, 1976.  Petition for certification denied.